## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harold K. Shaffer <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-23398 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Re: Loan # Ending In: 8780

                                                       Respectfully submitted,

                                                       **/s/ Joshua I. Goldman, Esquire**
                                                       Joshua I. Goldman, Esquire
                                                       jgoldman@kmllawgroup.com
                                                       Attorney I.D. No. 205047
                                                       KML Law Group, P.C.
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA 19106
                                                       Phone: 215-825-6306
                                                       Fax: 215-825-6406
                                                       Attorney for Movant/Applicant