# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| | |
|---|---|
| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
| Pay Begin Date: | 09/04/2016 |
| Pay End Date: | 09/10/2016 |
| Employee ID: | 1629582 |
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

Business Unit: SCMFL
Advice #: 000000029174858
Advice Date: 09/16/2016

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Holiday Non Worked | 8.00 | 184.56 | 32.00 | 730.24 |
| Weekly Overtime Rate @ 1.5 | 2.00 | 69.22 | 108.00 | 3,691.38 |
| Regular | 31.00 | 715.17 | 1,174.00 | 26,657.19 |
| Personal Day | 0.00 | | 32.00 | 722.24 |
| Retro Pay | 0.00 | | | 6.30 |
| Retroactive Pay | 0.00 | | | 38.50 |
| Sick Taken & Paid | 0.00 | | 40.00 | 906.30 |
| Birthday | 0.00 | | 8.00 | 184.56 |
| Vacation | 0.00 | | 176.00 | 4,032.32 |
| **Total** | | **968.95** | | **36,969.23** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 101.16 | 3,915.11 |
| Fed MED/EE | 14.05 | 536.05 |
| Fed OASDI/EE | 60.07 | 2,292.09 |
| PA Unempl EE | 0.68 | 25.88 |
| PA Withholding | 29.75 | 1,135.01 |
| PA NEW STANTON BOR WH | 9.69 | 369.73 |
| PA NEW STANTON M+SD LS | 1.00 | 36.00 |
| **Total:** | **216.40** | **8,309.87** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 270.74 | 9,271.18 |
| Vision Before Tax | 1.40 | 51.80 |
| Employee Assistance Program | 0.20 | 7.40 |
| Basic Life Insurance | 0.65 | 24.05 |
| Basic AD&D | 0.09 | 3.24 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 1,079.66 |
| STAR Loan 2 | 11.94 | 441.78 |
| Dues for Local 0030 | 0.00 | 508.00 |
| **Total:** | **41.12** | **2,029.44** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 968.95 | 968.95 | 216.40 | 41.12 | 711.43 |
| YTD: | 36,969.23 | 36,969.23 | 8,309.87 | 2,029.44 | 26,629.92 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 638.24 |
| **Total:** | | **711.43** |

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat | Business Unit: | SCMFL |
|---|---|---|---|
| Pay Begin Date: | 08/28/2016 | Advice #: | 000000029157395 |
| Pay End Date: | 09/03/2016 | Advice Date: | 09/09/2016 |

| Employee ID: | 1629582 |
|---|---|
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular | 36.00 | 830.52 | 1,143.00 | 25,942.02 |
| Personal Day | | 0.00 | 32.00 | 722.24 |
| Holiday Non Worked | | 0.00 | 24.00 | 545.58 |
| Retro Pay | | 0.00 | | 6.00 |
| Retroactive Pay | | 0.00 | | 38.50 |
| Sick Taken & Paid | | 0.00 | 40.00 | 906.80 |
| Birthday | | 0.00 | 8.00 | 184.56 |
| Weekly Overtime Rate @ 1.5 | | 0.00 | 106.00 | 3,622.16 |
| Vacation | | 0.00 | 176.00 | 4,032.32 |
| **Total** | | **830.52** | | **36,000.28** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 80.40 | 3,813.95 |
| Fed MED/EE | 12.04 | 522.90 |
| Fed OASDI/EE | 51.49 | 2,232.02 |
| PA Unempl EE | 0.58 | 25.20 |
| PA Withholdng | 25.50 | 1,105.26 |
| PA NEW STANTON BOR WH | 8.31 | 360.04 |
| PA NEW STANTON M+SD LS | 1.00 | 35.00 |
| **Total:** | **179.32** | **8,093.47** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 270.74 | 9,000.44 |
| Vision Before Tax | 1.40 | 50.40 |
| Employee Assistance Program | 0.20 | 7.20 |
| Basic Life Insurance | 0.65 | 23.40 |
| Basic AD&D | 0.09 | 3.15 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dues for Local 0030 | 58.00 | 508.00 |
| STAR Loan 1 | 29.18 | 1,050.48 |
| STAR Loan 2 | 11.94 | 429.84 |
| **Total:** | **99.12** | **1,988.32** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 830.52 | 830.52 | 179.32 | 99.12 | 552.08 |
| YTD: | 36,000.28 | 36,000.28 | 8,093.47 | 1,988.32 | 25,918.49 |

**MESSAGE:** "Your seven digit Employee ID is required for calls to the Associate Contact Center"

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 478.89 |
| **Total:** | | **552.08** |

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
|---|---|
| Pay Begin Date: | 08/21/2016 |
| Pay End Date: | 08/27/2016 |
| Employee ID: | 1629582 |
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | 523.070000 Hourly |

| Business Unit: | SCMFL |
|---|---|
| Advice #: | 000000029137844 |
| Advice Date: | 09/02/2016 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | N/A |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|
| Regular | 40.00 | 922.80 | 1,107.00 | 25,111.50 |
| Personal Day | 0.00 | | 32.00 | 722.24 |
| Holiday Non Worked | 0.00 | | 24.00 | 545.68 |
| Retro Pay | 0.00 | | 6.00 | |
| Retroactive Pay | 0.00 | | | 38.50 |
| Sick Taken & Paid | 0.00 | | 40.00 | 906.80 |
| Birthday | 0.00 | | 8.00 | 184.56 |
| Weekly Overtime Rate @ 1.5 | 0.00 | | 106.00 | 3,622.16 |
| Vacation | 0.00 | | 176.00 | 4,032.32 |
| Total: | | 922.80 | | 35,169.76 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 94.24 | 3,733.55 |
| Fed MED/EE | 13.38 | 509.96 |
| Fed OASDI/EE | 57.22 | 2,180.53 |
| PA Unempl EE | 0.65 | 24.62 |
| PA Withholding | 28.33 | 1,079.76 |
| PA NEW STANTON BOR WH | 9.23 | 351.73 |
| PA NEW STANTON M+SD LS | 1.00 | 34.00 |
| Total: | 204.05 | 7,914.15 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 8,729.70 |
| Vision Before Tax | 1.40 | 49.00 |
| Employee Assistance Program | 0.20 | 7.00 |
| Basic Life Insurance | 0.65 | 22.75 |
| Basic AD&D | 0.09 | 3.06 |
| *Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 1,021.30 |
| STAR Loan 2 | 11.94 | 417.90 |
| Dues for Local 0030 | 0.00 | 450.00 |
| Total: | 41.12 | 1,889.20 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 922.80 | 922.80 | 204.05 | 41.12 | 677.63 |
| YTD: | 35,169.76 | 35,169.76 | 7,914.15 | 1,889.20 | 25,366.4 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 604.44 |
| Total: | | 677.63 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

# SUPERVALU

SUPERVALU Holdings PA LLC, A SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat | Business Unit: SCMFL |
|---|---|---|
| Pay Begin Date: | 08/14/2016 | Advice #: 000000029118485 |
| Pay End Date: | 08/20/2016 | Advice Date: 08/26/2016 |

Employee ID: 1629582
Department: 0000167277-WAGES WHSE
Location: 32111-PITTSBURGH
Pay Rate: $23.070000 Hourly

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Vacation | 40.00 | 922.80 | 176.00 | 4,032.32 |
| Personal Day | 0.00 | | 32.00 | 722.24 |
| Holiday Non Worked | 0.00 | | 24.00 | 545.68 |
| Retro Pay | 0.00 | | | 6.00 |
| Retroactive Pay | 0.00 | | | 38.50 |
| Sick Taken & Paid | 0.00 | | 40.00 | 906.80 |
| Birthday | 0.00 | | 8.00 | 184.56 |
| Weekly Overtime Rate @ 1.5 | 0.00 | | 106.00 | 3,622.16 |
| Regular | 0.00 | | 1,067.00 | 24,188.70 |
| **Total:** | | **922.80** | | **34,246.96** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 94.24 | 3,639.31 |
| Fed MED/EE | 13.38 | 496.58 |
| Fed OASDI/EE | 57.21 | 2,123.31 |
| PA Unempl EE | 0.64 | 23.97 |
| PA Withholding | 28.33 | 1,051.43 |
| PA NEW STANTON BOR WH | 9.23 | 342.50 |
| PA NEW STANTON M+SD LS | 1.00 | 33.00 |
| **Total:** | **204.03** | **7,710.10** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 8,480.28 |
| Vision Before Tax | 1.40 | 47.60 |
| Employee Assistance Program | 0.20 | 6.80 |
| Basic Life Insurance | 0.65 | 22.10 |
| Basic AD&D | 0.09 | 2.97 |
| *Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 992.12 |
| STAR Loan 2 | 11.94 | 405.96 |
| Dues for Local 0030 | 0.00 | 450.00 |
| **Total:** | **41.12** | **1,848.08** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 922.80 | 922.80 | 204.03 | 41.12 | 677.65 |
| YTD: | 34,246.96 | 34,246.96 | 7,710.10 | 1,848.08 | 24,688.78 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 604.46 |
| **Total:** | | **677.65** |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-3491

Pay Group: DHN-22S- Dist Hrly Non-Exempt Sal
Pay Begin Date: 08/07/2016
Pay End Date: 08/13/2016
Employee ID: 1629582
Department: 0000167277-WAGES WHSE
Location: 32111-PITTSBURGH
Pay Rate: $23.070000 Hourly

Business Unit: SCMPL
Advice #: 000000029100797
Advice Date: 08/19/2016

TAX DATA:
| | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Birthday | 8.00 | 184.56 | 8.00 | 184.56 |
| Weekly Overtime Rate @ 1.5 | 4.00 | 138.44 | 106.00 | 3,622.16 |
| Regular | 32.00 | 738.24 | 1,067.00 | 24,188.70 |
| Personal Day | 0.00 | | 32.00 | 722.24 |
| Holiday Non Worked | 0.00 | | 24.00 | 545.68 |
| Retro Pay | 0.00 | | | 6.00 |
| Retroactive Pay | 0.00 | | | 38.50 |
| Sick Taken & Paid | 0.00 | | 40.00 | 906.80 |
| Vacation | 0.00 | | 136.00 | 3,109.52 |
| **Total:** | | **1,061.24** | | **33,324.16** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 115.00 | 3,545.07 |
| Fed MED/EE | 15.39 | 483.20 |
| Fed OASDI/EE | 65.80 | 2,066.10 |
| PA Unempl EE | 0.75 | 23.33 |
| PA Withholding | 32.58 | 1,023.10 |
| PA NEW STANTON BOR WH | 10.61 | 333.27 |
| PA NEW STANTON M+SD LS | 1.00 | 32.00 |
| **Total:** | **241.13** | **7,506.07** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 8,230.86 |
| Vision Before Tax | 1.40 | 46.20 |
| Employee Assistance Program | 0.20 | 6.60 |
| Basic Life Insurance | 0.65 | 21.45 |
| Basic AD&D | 0.09 | 2.88 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 962.94 |
| STAR Loan 2 | 11.94 | 394.02 |
| Dues for Local 0030 | 0.00 | 450.00 |
| **Total:** | **41.12** | **1,806.96** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,061.24 | 1,061.24 | 241.13 | 41.12 | 778.99 |
| YTD: | 33,324.16 | 33,324.16 | 7,506.07 | 1,806.96 | 24,011.13 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX381 | 705.80 |
| **Total:** | | **778.99** |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat | Business Unit: | SCMPL |
|---|---|---|---|
| Pay Begin Date: | 07/31/2016 | Advice #: | 000000029081808 |
| Pay End Date: | 08/06/2016 | Advice Date: | 08/12/2016 |
| Employee ID: | 1629582 | | |
| Department: | 0000167277-WAGES WHSE | | |
| Location: | 32111-PITTSBURGH | | |
| Pay Rate: | $23.070000 Hourly | | |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Weekly Overtime Rate @ 1.5 | 16.00 | 553.76 | 102.00 | 3,483.72 |
| Regular | 40.00 | 922.80 | 1,035.00 | 23,450.46 |
| Personal Day | 0.00 | | 32.00 | 722.24 |
| Holiday Non Worked | 0.00 | | 24.00 | 545.68 |
| Retro Pay | 0.00 | | | 6.00 |
| Retroactive Pay | 0.00 | | | 38.50 |
| Sick Taken & Paid | 0.00 | | 40.00 | 906.80 |
| Vacation | 0.00 | | 136.00 | 3,109.52 |

Total: 1,476.56    32,262.92

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 177.30 | 3,430.07 |
| Fed MED/EE | 21.41 | 467.81 |
| Fed OASDI/EE | 91.55 | 2,000.30 |
| PA Unempl EE | 1.03 | 22.58 |
| PA Withholding | 45.33 | 990.52 |
| PA NEW STANTON BOR WH | 14.77 | 322.66 |
| PA NEW STANTON M+SD LS | 1.00 | 31.00 |

Total: 352.39    7,264.94

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 7,981.44 |
| Vision Before Tax | 1.40 | 44.80 |
| Employee Assistance Program | 0.20 | 6.40 |
| Basic Life Insurance | 0.65 | 20.80 |
| Basic AD&D | 0.09 | 2.79 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dues for Local 0030 | 58.00 | 450.00 |
| STAR Loan 1 | 29.18 | 933.76 |
| STAR Loan 2 | 11.94 | 382.08 |

Total: 0.00    0.00    *Taxable 0.00    0.00    Total: 99.12    1,765.84

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,476.56 | 1,476.56 | 352.39 | 99.12 | 1,025.05 |
| YTD: | 32,262.92 | 32,262.92 | 7,264.94 | 1,765.84 | 23,232.14 |

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 951.86 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

Total: 1,025.05

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat | Business Unit: | SCMFL |
|---|---|---|---|
| Pay Begin Date: | 07/24/2016 | Advice #: | 000000029062738 |
| Pay End Date: | 07/30/2016 | Advice Date: | 08/05/2016 |

| Employee ID: | 1629582 |
|---|---|
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Weekly Overtime Rate @ 1.5 | 2.00 | 69.22 | 86.00 | 2,929.96 |
| Regular | 40.00 | 922.80 | 995.00 | 22,527.66 |
| Personal Day | | 0.00 | 32.00 | 722.24 |
| Holiday Non Worked | | 0.00 | 24.00 | 545.68 |
| Retro Pay | | 0.00 | | 6.00 |
| Retroactive Pay | | 0.00 | | 38.50 |
| Sick Taken & Paid | | 0.00 | 40.00 | 906.80 |
| Vacation | | 0.00 | 136.00 | 3,109.52 |
| Total: | | | | 992.02 / 30,786.36 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 104.62 | 3,252.77 |
| Fed MED/EE | 14.38 | 446.40 |
| Fed OASDI/EE | 61.50 | 1,908.75 |
| PA Unempl EE | 0.69 | 21.55 |
| PA Withholdng | 30.46 | 945.19 |
| PA NEW STANTON BOR WH | 9.92 | 307.89 |
| PA NEW STANTON M+SD LS | 1.00 | 30.00 |
| Total: | 222.57 | 6,912.55 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 7,732.02 |
| Vision Before Tax | 1.40 | 43.40 |
| Employee Assistance Program | 0.20 | 6.20 |
| Basic Life Insurance | 0.65 | 20.15 |
| Basic AD&D | 0.09 | 2.70 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 904.58 |
| STAR Loan 2 | 11.94 | 370.14 |
| Dues for Local 0030 | 0.00 | 392.00 |
| Total: | 41.12 | 1,666.72 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 992.02 | 992.02 | 222.57 | 41.12 | 728.33 |
| YTD: | 30,786.36 | 30,786.36 | 6,912.55 | 1,666.72 | 22,207.09 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 655.14 |
| Total: | | 728.33 |

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rt Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| | |
|---|---|
| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
| Pay Begin Date: | 07/17/2016 |
| Pay End Date: | 07/23/2016 |
| Employee ID: | 1629582 |
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

| | | |
|---|---|---|
| Business Unit: | SCMFL | |
| Advice #: | 000000029042423 | |
| Advice Date: | 07/29/2016 | |
| TAX DATA: | Federal | PA State |
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|
| Weekly Overtime Rate @ 1.5 | 4.00 | 138.44 | 84.00 | 2,860.74 |
| Regular | 40.00 | 922.80 | 955.00 | 21,604.86 |
| Retro Pay | | 6.00 | | 6.00 |
| Retroactive Pay | | 38.50 | | 38.50 |
| Personal Day | 0.00 | 0.00 | 32.00 | 722.24 |
| Holiday Non Worked | 0.00 | 0.00 | 24.00 | 545.68 |
| Sick Taken & Paid | 0.00 | 0.00 | 40.00 | 906.80 |
| Vacation | 0.00 | 0.00 | 136.00 | 3,109.52 |
| Total: | | 1,105.74 | | 29,794.34 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 126.13 | 3,148.15 |
| Fed MED/EE | 16.04 | 432.02 |
| Fed OASDI/EE | 68.56 | 1,847.25 |
| PA Unempl EE | 0.78 | 20.86 |
| PA Withholdng | 33.95 | 914.73 |
| PA NEW STANTON BOR WH | 11.06 | 297.97 |
| PA NEW STANTON M+SD LS | 1.00 | 29.00 |
| Total: | 257.52 | 6,689.98 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 7,482.60 |
| Vision Before Tax | 1.40 | 42.00 |
| Employee Assistance Program | 0.20 | 6.00 |
| Basic Life Insurance | 0.65 | 19.50 |
| Basic AD&D | 0.09 | 2.61 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 875.40 |
| STAR Loan 2 | 11.94 | 358.20 |
| Dues for Local 0030 | 0.00 | 392.00 |
| Total: | 41.12 | 1,625.60 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,105.74 | 1,105.74 | 257.52 | 41.12 | 807.10 |
| YTD: | 29,794.34 | 29,794.34 | 6,689.98 | 1,625.60 | 21,478.76 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 733.91 |
| Total: | | 807.10 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W Grandview Rd., Phoenix, AZ 85023

| | |
|---|---|
| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
| Pay Begin Date: | 07/10/2016 |
| Pay End Date: | 07/16/2016 |

Business Unit: SCMFL
Advice #: 000000029023312
Advice Date: 07/22/2016

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

Employee ID: 1629582
Department: 0000167277-WAGES WHSE
Location: 32111-PITTSBURGH
Pay Rate: $23.070000 Hourly

TAX DATA:
| | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Vacation | 40.00 | 922.80 | 136.00 | 3,109.52 |
| Personal Day | 0.00 | | 32.00 | 722.24 |
| Holiday Non Worked | 0.00 | | 24.00 | 545.68 |
| Weekly Overtime Rate @ 1.5 | 0.00 | | 80.00 | 2,722.30 |
| Regular | 0.00 | | 915.00 | 20,682.06 |
| Sick Taken & Paid | 0.00 | | 40.00 | 906.80 |
| Total: | | 922.80 | | 28,688.60 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 94.24 | 3,022.02 |
| Fed MED/EE | 13.38 | 415.98 |
| Fed OASDI/EE | 57.21 | 1,778.69 |
| PA Unempl EE | 0.64 | 20.08 |
| PA Withholdng | 28.33 | 880.78 |
| PA NEW STANTON BOR WH | 9.23 | 286.91 |
| PA NEW STANTON M+SD LS | 1.00 | 28.00 |
| Total: | 204.03 | 6,432.46 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 7,233.18 |
| Vision Before Tax | 1.40 | 40.60 |
| Employee Assistance Program | 0.20 | 5.80 |
| Basic Life Insurance | 0.65 | 18.85 |
| Basic AD&D | 0.09 | 2.52 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 846.22 |
| STAR Loan 2 | 11.94 | 346.26 |
| Dues for Local 0030 | 0.00 | 392.00 |
| Total: | 41.12 | 1,584.48 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 922.80 | 922.80 | 204.03 | 41.12 | 677.65 |
| YTD: | 28,688.60 | 28,688.60 | 6,432.46 | 1,584.48 | 20,671.66 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 604.46 |
| Total: | | 677.65 |

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| | |
|---|---|
| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
| Pay Begin Date: | 07/03/2016 |
| Pay End Date: | 07/09/2016 |
| Employee ID: | 1629582 |
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | 000000029004256 |
| Advice Date: | 07/15/2016 |

**TAX DATA:** Federal  PA State
Tax Status: Married  n/a
Allowances: 1  1
Addl. Pct.:
Addl. Amt.: 10.00

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Holiday Non Worked | 8.00 | 184.56 | 24.00 | 545.68 |
| Weekly Overtime Rate @ 1.5 | 12.00 | 415.32 | 80.00 | 2,722.30 |
| Regular | 29.00 | 669.03 | 915.00 | 20,682.06 |
| Personal Day | | 0.00 | 32.00 | 722.24 |
| Sick Taken & Paid | | 0.00 | 40.00 | 906.80 |
| Vacation | | 0.00 | 96.00 | 2,186.72 |
| Total: | | 1,268.91 | | 27,765.80 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 146.15 | 2,927.78 |
| Fed MED/EE | 18.40 | 402.60 |
| Fed OASDI/EE | 78.67 | 1,721.48 |
| PA Unempl EE | 0.89 | 19.44 |
| PA Withholdng | 38.96 | 852.45 |
| PA NEW STANTON BOR WH | 12.69 | 277.68 |
| PA NEW STANTON M+SD LS | 1.00 | 27.00 |
| Total: | 296.76 | 6,228.43 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 6,983.76 |
| Vision Before Tax | 1.40 | 39.20 |
| Employee Assistance Program | 0.20 | 5.60 |
| Basic Life Insurance | 0.65 | 18.20 |
| Basic AD&D | 0.09 | 2.43 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 817.04 |
| STAR Loan 2 | 11.94 | 334.32 |
| Dues for Local 0030 | 0.00 | 392.00 |
| Total: | 41.12 | 1,543.36 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,268.91 | 1,268.91 | 296.76 | 41.12 | 931.03 |
| YTD: | 27,765.80 | 27,765.80 | 6,228.43 | 1,543.36 | 19,994.01 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 857.84 |
| Total: | | 931.03 |

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

| | |
|---|---|
| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
| Pay Begin Date: | 06/26/2016 |
| Pay End Date: | 07/02/2016 |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | 000000028985003 |
| Advice Date: | 07/08/2016 |

**Harold K Shaffer**
713 Rr Clay Road
Connellsville, PA 15425

SSN   XXX-XX-5491

| | |
|---|---|
| Employee ID: | 1629582 |
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Weekly Overtime Rate @ 1.5 | 6.00 | 207.66 | 68.00 | 2,306.98 |
| Regular | 32.00 | 738.24 | 886.00 | 20,013.03 |
| Sick Taken & Paid | 8.00 | 184.56 | 40.00 | 906.80 |
| Holiday Non Worked | | 0.00 | 16.00 | 361.12 |
| Personal Day | | 0.00 | 32.00 | 722.24 |
| Vacation | | 0.00 | 96.00 | 2,186.72 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 125.39 | 2,781.63 |
| Fed MED/EE | 16.39 | 384.20 |
| Fed OASDI/EE | 70.09 | 1,642.81 |
| PA Unempl EE | 0.79 | 18.55 |
| PA Withholdng | 34.71 | 813.49 |
| PA NEW STANTON BOR WH | 11.30 | 264.99 |
| PA NEW STANTON M+SD LS | 1.00 | 26.00 |

Total: 1,130.46   25,496.89

Total: 259.67   5,931.67

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 6,734.34 |
| Vision Before Tax | 1.40 | 37.80 |
| Employee Assistance Program | 0.20 | 5.40 |
| Basic Life Insurance | 0.65 | 17.55 |
| Basic AD&D | 0.09 | 2.34 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dues for Local 0030 | 56.00 | 392.00 |
| STAR Loan 1 | 29.18 | 787.86 |
| STAR Loan 2 | 11.94 | 322.38 |

Total: 0.00   0.00
* Taxable   0.00   0.00
Total: 97.12   1,502.24

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,130.46 | 1,130.46 | 259.67 | 97.12 | 773.67 |
| YTD: | 26,496.89 | 26,496.89 | 5,931.67 | 1,502.24 | 19,062.98 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 700.48 |

Total: 773.67

# SUPERVALU

SUPERVALU Holdings PA LLC a SUPERVALU Company
2501-1 W. Grandview Rd., Phoenix, AZ 85023

| | |
|---|---|
| Pay Group: | DHN-225- Dist Hrly Non-Exempt Sat |
| Pay Begin Date: | 06/19/2016 |
| Pay End Date: | 06/25/2016 |

| | |
|---|---|
| Business Unit: | SCMFL |
| Advice #: | 000000028966178 |
| Advice Date: | 07/01/2016 |

Harold K Shaffer
713 Rr Clay Road
Connellsville, PA 15425

SSN: XXX-XX-5491

| | |
|---|---|
| Employee ID: | 1629582 |
| Department: | 0000167277-WAGES WHSE |
| Location: | 32111-PITTSBURGH |
| Pay Rate: | $23.070000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | n/a |
| Allowances: | 1 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | 10.00 | |

## HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Vacation | 40.00 | 922.80 | 96.00 | 2,186.72 |
| Sick Taken & Paid | | 0.00 | 32.00 | 722.24 |
| Holiday Non Worked | | 0.00 | 16.00 | 361.12 |
| Weekly Overtime Rate @ 1.5 | | 0.00 | 62.00 | 2,099.32 |
| Personal Day | | 0.00 | 32.00 | 722.24 |
| Regular | | 0.00 | 854.00 | 19,274.79 |
| Total: | | 922.80 | | 25,366.43 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 94.24 | 2,656.24 |
| Fed MED/EE | 13.38 | 367.81 |
| Fed OASDI/EE | 57.21 | 1,572.72 |
| PA Unempl EE | 0.65 | 17.76 |
| PA Withholdng | 28.33 | 778.78 |
| PA NEW STANTON BOR WH | 9.23 | 253.69 |
| PA NEW STANTON M-SD LS | 1.00 | 25.00 |
| Total: | 204.04 | 5,672.00 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan - Before Tax | 249.42 | 6,484.92 |
| Vision Before Tax | 1.40 | 36.40 |
| Employee Assistance Program | 0.20 | 5.20 |
| Basic Life Insurance | 0.65 | 16.90 |
| Basic AD&D | 0.09 | 2.25 |
| * Taxable | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STAR Loan 1 | 29.18 | 758.68 |
| STAR Loan 2 | 11.94 | 310.44 |
| Dues for Local 0030 | 0.00 | 336.00 |
| Total: | 41.12 | 1,405.12 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 922.80 | 922.80 | 204.04 | 41.12 | 677.64 |
| YTD: | 25,366.43 | 25,366.43 | 5,672.00 | 1,405.12 | 18,289.31 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | X873 | 73.19 |
| Checking | XXXXXXX881 | 604.45 |
| Total: | | 677.64 |

MESSAGE: "Your seven digit Employee ID is required for calls to the Associate Contact Center"