UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-23398 CMB |
| | : | |
| Harold K. Shaffer, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Harold K. Shaffer, | : | Hearing Date and Time: December 21, 2016 at |
| | : | 10:00 a.m. |
| Movant, | : | |
| | : | Responses Due : November 11, 2016 |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Respondent. | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE POST-PETITION SECURED FINANCING

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the motion to approve post-petition secured financing filed on October 25 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than November 11, 2016.

     It is hereby respectfully requested that the Order attached to the motion to approve post-petition secured financing be entered by the Court.

Dated: November 14, 2016

                                                    ZEBLEY MEHALOV & WHITE, P.C.
                                                    By:

                                                    /s/ Daniel R. White
                                                         Daniel R. White
                                                         PA I.D. No. 78718
                                                         P.O. Box 2123
                                                         Uniontown, PA 15401
                                                         724-439-9200
                                                          Attorney for Debtor