IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-23398 CMB |
| Harold K. Shaffer, | : | Chapter 13 |
| Debtor. | : | Related to: Document No. 24 |
| Harold K. Shaffer, | : | |
| Movant, | : | **ENTERED BY DEFAULT** |
| vs. | : | |
| Ronda J. Winnecour, Respondent. | : | |

ORDER

AND NOW, this __21st__ day of __November__ 2016, upon consideration of Debtor's Motion to Approve Post Petition Financing for Debtors, it is hereby:

Ordered, Adjudged, and Decreed that the Motion is granted and the Debtor is authorized to incur a post-petition secured loan with a payment of approximately $400 per month to be used expressly to purchase a motor vehicle.

It is further ordered that the Debtor shall file an amended plan to include the payment of the approved loan as a long term debt within his plan.

_Carlota M. Böhm_
U.S. Bankruptcy Court

**kmt**

FILED
11/21/16 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23398-CMB
Harold K. Shaffer                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1                Date Rcvd: Nov 21, 2016
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db          +Harold K. Shaffer,    713 Clay Road,    South Connellsville, PA 15425-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
      Daniel R. White    on behalf of Debtor Harold K. Shaffer dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com
      Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                              TOTAL: 4