**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-23398-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Harold K. Shaffer
713 Clay Road
South Connellsville PA 15425

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/14/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23398-CMB
Harold K. Shaffer                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: ddoy       Page 1 of 1         Date Rcvd: Apr 12, 2017
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14312580         E-mail/PDF: cbp@onemainfinancial.com Apr 13 2017 00:35:36      ONEMAIN FINANCIAL,   PO BOX 3251,
  EVANSVILLE, IN 47731-3251
                                                                                                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:
        Daniel R. White    on behalf of Debtor Harold K. Shaffer dwhite@zeblaw.com,
      gianna@zeblaw.com;dwhite.zmw@gmail.com
        James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                    TOTAL: 5