# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** HAROLD K. SHAFFER
- **Case Number:** 16-23398-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 13, 2017  10:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/17/17 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#13 - Final Confirmation of Plan Dated 10/6/2016 (NFC)
R / M #: 13 / 0

**Appearances:**

- Debtor: White
- Trustee: Winnecour / Bedford / Pail / **Katz**
- Creditor: Warmbrodt for Quicken

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 5/11/17
   Objections are due on or before 5/25/17
   A hearing on the Amended Plan is set for 6/29/17 10:00 AM
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Debtor to amend plan to deal w/ higher claims & to provide for post-petition financing.

Also requested balance & payoff date on retirement fund loan.

4/6/2017   1:22:33PM