File No. 11049

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| Harold K. Shaffer, | : | Case No.  16-23398 CMB |
| Debtor. | : | Document No. |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on October 19, 2017, I served a copy of the Court's October 18, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at SuperValu Company, Attn: Payroll, 2501-1 West Grandview Road, Phoenix, AZ 85023.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: October 19,  2017

                                            ZEBLEY MEHALOV & WHITE, P.C.

                                            BY

                                            /s/ Daniel R. White
                                                Daniel R. White
                                                PA I.D. No. 78718
                                                P.O. Box 2123
                                                Uniontown, PA 15401
                                                724-439-9200
                                                Email: dwhite@Zeblaw.com
                                                Attorneys for Debtor