File No. 11049

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 16-23398 CMB |
| Harold K. Shaffer, | : | Judge Carlota M. Bohm |
| Debtor. | : | Chapter 13 |
| Harold K. Shaffer, | : | Motion No. WO-1 |
| | : | Document No. |
| Movant, | : | Related to Document No. 47 |
| vs. | : | |
| SuperValu Company and Ronda J. Winnecour, | : | |
| Respondents. | : | |
| D #1 SSN: xxx-xx-5491 | : | |

<u>ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT</u>

  The above-named Debtor, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 plan,

  IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

  SuperValu Company
  Attn: Payroll Manager
  2501-1 West Grandview Road
  Phoenix, AZ 85023

shall deduct from said income the sum of $325 weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

      RONDA J. WINNECOUR
      CHAPTER 13 TRUSTEE, W.D. PA
      P.O. BOX 84051
      CHICAGO, IL 60689-4002

  IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

  IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

      IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

      IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

      DATED this __19th__ day of _____October_____, 2017.

      *Carlota M. Böhm*
      U. S. BANKRUPTCY JUDGE   kmt

cc:    Debtor: Harold K. Shaffer, 713 Clay Road, South Connellsville, PA 15425
       Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
       Office of the Standing Chapter 13 Trustee
       Employer: SuperValu Company, 2501-1 Grandview Road, Phoenix, AZ 85023

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
10/19/17 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-23398-CMB
Harold K. Shaffer                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: kthe            Page 1 of 1            Date Rcvd: Oct 19, 2017
                                Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
db             +Harold K. Shaffer,    713 Clay Road,    South Connellsville, PA 15425-5416
               +SuperValu Company,    Attn: Payroll Manager,    2501-1 West Grandview Road,
                 Phoenix, AZ 85023-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Harold K. Shaffer dwhite@zeblaw.com,
                gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5