# PROCEEDING MEMO

**Date:** 02/14/2018 11:00 am

**In re:** Harold K. Shaffer

**Bankruptcy No.** 16-23398-CMB
**Chapter:** 13
**Doc. #** 52

**Appearances:**

**Movant(s):**  Winnecour ~~/ Pail / Katz~~

**Respondent(s):**  Daniel R. White;  James C. Warmbrodt
                    for Debtor           for Quicken Loans

**Creditor(s):**

**Nature of Proceeding:** Hearing on Trustees Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges v. Quicken Loans, Inc.

**Additional Pleadings:** #52 Certificate of Service; #53 Response by Quicken Loans, Inc.

**Judge's Notes:** Trustee indicated she and Mr. Warmbrodt are nearing an agreement, subject to Mr. White's agreement and requested continuance. Cont'd to March 21, 2018 at 11:00 a.m. Parties to file consent order if resolved.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                           Respondent(s) brief due____days
                           Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
2/15/18 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23398-CMB
Harold K. Shaffer                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe               Page 1 of 1             Date Rcvd: Feb 15, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
db              +Harold K. Shaffer,    713 Clay Road,    South Connellsville, PA 15425-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
      Daniel R. White    on behalf of Debtor Harold K. Shaffer dwhite@zeblaw.com,
       gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 5