## PROCEEDING MEMO

Date: 03/21/2018 11:00 am

In re: Harold K. Shaffer

Bankruptcy No. 16-23398-CMB
Chapter: 13
Doc. # 52

**Appearances:**

**Movant(s):** Winnecour / ~~Pail / Katz~~

**Respondent(s):** Daniel R. White;  James C. Warmbrodt for Quicken Loans
**Creditor(s):** (via phone) for Debtor

**Nature of Proceeding:** Continued Hearing on Trustees Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges v. Quicken Loans, Inc.

**Additional Pleadings:** #52 Certificate of Service; #53 Response by Quicken Loans, Inc.

**Judge's Notes:** Per Mr. Warmbrodt, after the last hearing, he prepared a proposed stipulation which he sent to Quicken, however, he has not heard anything. He is asking for another 2 weeks to file the stipulation. Ms. Winnecour does not have any objection.

**Outcome:**

___Motion is GRANTED___Order Entered

Mr. White also has no objection.
Consent order to be filed in 2 weeks. If none filed, matter is continued to May 16, 2018 at 11:00 a.m.

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:    Movant(s) brief due___days
                        Respondent(s) brief due___days
                        Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
3/22/18 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 16-23398-CMB
Harold K. Shaffer                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Mar 22, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db         +Harold K. Shaffer,    713 Clay Road,    South Connellsville, PA 15425-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Harold K. Shaffer dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5