### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Harold K. Shaffer<br>　　　　　　　　　Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　　　　　　Movant<br>vs.<br><br>Quicken Loans Inc.<br>　　　　　　　　　Respondent | NO. 16-23398-CMB<br><br>CHAPTER 13<br><br>Related to Document Nos. 51, 53 |

### STIPULATION AND ORDER AS TO TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, Quicken Loans Inc., filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on December 22, 2016 listing fees and expenses totaling $1,400.00; and

WHEREAS, the Chapter 13 Trustee has filed an objection to Respondent's fees and charges; and

WHEREAS, Respondent has filed a Response to the Trustee's objection;

It is therefore Stipulated and agreed as follows:

1. Respondent's fees and charges shall be allowed in the amount of $700.00; the balance of fees and charges in the amount of $700.00 are disallowed.

2. Respondent shall provide to the Court and to the Trustee proof that Respondent's records have been adjusted to remove the disallowed portion of the fees and charges within thirty (30) days of the Court's approval of the within Stipulation, which proof shall include a

notarized affidavit by a corporate officer reflecting that the charges have been removed, as well as a full and comprehensible loan history from the date Respondent first began servicing the loan.

3.  Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

Consented to by:

*/s/ Ronda J. Winnecour*
Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA 15219
Phone: 412-471-5566
rwinnecour@chapter13trusteewdpa.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Respondent
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

*/s/ Daniel R. White, Esquire*
Daniel R. White, Esquire
Zebley, Mehalov & White, P.C.
Attorney for Debtor
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
Phone: 724-439-8435
dwhite@zeblaw.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: April 3, 2018

FILED
4/3/18 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 16-23398-CMB
Harold K. Shaffer                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: kthe                  Page 1 of 1                  Date Rcvd: Apr 03, 2018
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db             +Harold K. Shaffer,    713 Clay Road,    South Connellsville, PA 15425-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Harold K. Shaffer dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5