**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/03/2021

IN RE:

HAROLD K. SHAFFER
713 CLAY ROAD
SOUTH CONNELLSVILLE,  PA  15425
XXX-XX-5491          Debtor(s)

Case No.16-23398 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/3/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7023 |
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LOANS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*593.21/PL*DKT4LMT*BGN 10/16 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8780 |
| **TRIAD FINANCIAL SERVICES CORP***<br>5201 RUFE SNOW DR STE 400<br>NORTH RICHLAND HILLS, TX 76180 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,187.59<br>COMMENT: PMTS PROPER/CONF | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: |
| **SUPERVALU**<br>400 PAINTERSVILLE RD<br>NEW STANTON, PA 15672 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL*NO ADR~401K/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **SUPERVALU**<br>400 PAINTERSVILLE RD<br>NEW STANTON, PA 15672 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL*NO ADR~401K/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2016~GD/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 2,321.56<br>COMMENT: $/CL-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5491 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 442.21<br>COMMENT: BEST BUY/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7565 |

CLAIM RECORDS                                Page 4 of 6

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0473 | CLAIM: 2,697.90<br>COMMENT: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9842 | CLAIM: 459.95<br>COMMENT: HSBC |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9174 | CLAIM: 2,469.11<br>COMMENT: CITIBANK |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8735 | CLAIM: 1,156.21<br>COMMENT: SHERMAN/CREDIT ONE |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7420 | CLAIM: 511.06<br>COMMENT: |
| **LENDING CLUB CORP++**<br>71 STEVENSON STE 300<br>SAN FRANCISCO, CA 94105 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6831 | CLAIM: 0.00<br>COMMENT: |
| **LENDING CLUB CORP++**<br>71 STEVENSON STE 300<br>SAN FRANCISCO, CA 94105 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4524 | CLAIM: 0.00<br>COMMENT: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7023 | CLAIM: 1,013.46<br>COMMENT: SYNCHRONY/LOWE'S |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7676 | CLAIM: 9,746.23<br>COMMENT: X3869/SCH*ONE MAIN FNCL |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7284 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **SPRINGLEAF FINANCIAL SVCS OF PA INC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6767 | CLAIM: 0.00<br>COMMENT: |
| **TEAMSTERS LOCAL #30 FCU***<br>1217 LEWIS AVE<br>JEANNETTE, PA 15644 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3002 | CLAIM: 0.00<br>COMMENT: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7082 | CLAIM: 3,981.55<br>COMMENT: SYNCHRONY/WALMART |
| **ADVANCED CALL CENTER TECHNOLOGIES LLC**<br>POB 9091<br>JOHNSON CITY, TN 37615 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7082 | CLAIM: 0.00<br>COMMENT: |
| **ASSOCIATED RECOVERY SYSTEMS**<br>POB 469046<br>ESCONDIDO, CA 92046 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br>NEEDHAM, MA 02494 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6281 | CLAIM: 0.00<br>COMMENT: |
| **RUSHMORE SERVICE CENTER**<br>PO BOX 5508<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8481 | CLAIM: 0.00<br>COMMENT: |
| **VITAL RECOVERIES SVC**<br>POB 923747<br>NORCROSS, GA 30010 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3364 | CLAIM: 0.00<br>COMMENT: |
| **VITAL RECOVERIES SVC**<br>POB 923747<br>NORCROSS, GA 30010 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4220 | CLAIM: 0.00<br>COMMENT: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 5-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0101 | CLAIM: 5,132.58<br>COMMENT: NT/SCH*ACCT BGN 8/22/14*AMD*FR ONEMAIN-DOC 36 |

| CLAIM RECORDS | | |
|---|---|---|
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:4 | ACCOUNT NO.: 8780 |
| | CLAIM: 10,813.92 | |
| DETROIT, MI  48226 | COMMENT: $/CL-PL*THRU 9/16 | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:32 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:6-2 | ACCOUNT NO.: 5491 |
| PO BOX 7317 | | |
| | CLAIM: 640.78 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*AMD | |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 635 WOODWARD AVE | Court Claim Number:4 | ACCOUNT NO.: 8780 |
| | CLAIM: 700.00 | |
| DETROIT, MI  48226 | COMMENT:  $OE*NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/31*DK | |
| **SANTANDER CONSUMER USA**** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| PO BOX 560284 | Court Claim Number:13 | ACCOUNT NO.: 9800 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75356 | COMMENT:  PMT/PL-CL*379.12x(54REM+2)=LMT*BGN 3/17 | |