**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　HAROLD K. SHAFFER | Case No.16-23398CMB |
| 　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>HAROLD K. SHAFFER | Chapter 13<br><br>Document No. 74 |
| 　　Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __27th__ day of __October__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Supervalu
Attn: Payroll Manager
2501-1 West Grandview Rd
Phoenix, AZ 85023

is hereby ordered to immediately terminate the attachment of the wages of HAROLD K. SHAFFER, social security number XXX-XX-5491. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HAROLD K. SHAFFER.

_Carlota M. Böhm_　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/27/21 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Harold K. Shaffer  
    Debtor

Case No. 16-23398-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Oct 27, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harold K. Shaffer, 713 Clay Road, South Connellsville, PA 15425-5416 |
|    | + Supervalu, Attn: Payroll Manager, 2501-1 West Grandview Rd, Phoenix, AZ 85023-3105 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Harold K. Shaffer sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Oct 27, 2021 Form ID: pdf900 Total Noticed: 2

cmecf@chapter13trusteewdpa.com

TOTAL: 6