**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Harold K. Shaffer**
Debtor(s)

Bankruptcy Case No.: 16−23398−CMB

Chapter: 13
Docket No.: 88 − 87

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of December, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/10/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/22/22 at 10:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/10/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-23398-CMB

Harold K. Shaffer     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3
Date Rcvd: Dec 27, 2021     Form ID: 408v     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold K. Shaffer, 713 Clay Road, South Connellsville, PA 15425-5416 |
| 14288079 | | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 14288085 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14288086 | + | KML Law Group, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1541 |
| 14288092 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14288094 | + | Teamsters Local #30 Federal Credit Union, 1217 Lewis Avenue, Jeannette, PA 15644-3108 |
| 14288095 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14302032 | | Email/Text: legal@arsnational.com | Dec 28 2021 02:40:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14288080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:56 | Best Buy Visa, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14288081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14294484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14288082 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:45 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14288083 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 28 2021 02:41:00 | Credit Collection Services, P. O. Box 773, Needham, MA 02494-0918 |
| 14288084 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 28 2021 02:39:34 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14288085 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 28 2021 02:39:53 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14302033 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 02:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14329271 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 02:39:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288087 | + | Email/Text: bk@lendingclub.com | Dec 28 2021 02:41:00 | Lending Club Corporation, 71 Stevenson Street--Suite 300, San Francisco, CA 94105-2934 |

Case 16-23398-CMB   Doc 89   Filed 12/29/21   Entered 12/30/21 00:26:29   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 408v | Total Noticed: 33 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14288088 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:28 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14302739 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14312580 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:40 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14288089 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:40 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 14288090 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14401052 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14347474 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14355156 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 28 2021 02:41:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14311093 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 28 2021 02:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14288091 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 28 2021 02:41:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14288661 | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:54 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288093 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:40 | Springleaf Financial Services, Bankruptcy Department, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14420665 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2021 02:41:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14288096 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:48 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 14348760 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: 408v | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                    Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Harold K. Shaffer sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7