**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HAROLD K. SHAFFER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>         Movant<br>         vs.<br>No Respondents. | Case No.:16-23398<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/12/2016 and confirmed on 11/22/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,455.00 |
| Less Refunds to Debtor | 1,091.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 84,363.15 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,095.25 | |
|    Trustee Fee | 4,047.69 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,142.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI<br>Acct: 8780 | 0.00 | 37,495.47 | 0.00 | 37,495.47 |
| QUICKEN LOANS LLC FKA QUICKEN LOAI<br>Acct: 8780 | 10,813.92 | 10,813.92 | 0.00 | 10,813.92 |
| SUPERVALU<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUPERVALU<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 48,309.39 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HAROLD K. SHAFFER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HAROLD K. SHAFFER<br>Acct: | 650.00 | 650.00 | 0.00 | 0.00 |
| HAROLD K. SHAFFER<br>Acct: | 441.85 | 441.85 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-21 | 1,595.25 | 1,595.25 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5491 | 2,321.56 | 2,321.56 | 0.00 | 2,321.56 |
| TRIAD FINANCIAL SERVICES CORP*<br>Acct: | 2,187.59 | 2,187.59 | 0.00 | 2,187.59 |
| QUICKEN LOANS LLC FKA QUICKEN LOAI<br>Acct: 8780 | 700.00 | 700.00 | 0.00 | 700.00 |
| SANTANDER CONSUMER USA**<br>Acct: 9800 | 0.00 | 21,609.84 | 0.00 | 21,609.84 |
| | | | | 26,818.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    MIDLAND FUNDING LLC<br>      Acct: 7565 | 442.21 | 1.44 | 0.00 | 1.44 |
|    CAPITAL ONE BANK (USA) NA BY AMERIC<br>      Acct: 0473 | 2,697.90 | 8.76 | 0.00 | 8.76 |
|    CAPITAL ONE BANK (USA) NA BY AMERIC<br>      Acct: 9842 | 459.95 | 1.49 | 0.00 | 1.49 |
|    LVNV FUNDING LLC, ASSIGNEE<br>      Acct: 9174 | 2,469.11 | 8.01 | 0.00 | 8.01 |
|    MIDLAND FUNDING LLC<br>      Acct: 8735 | 1,156.21 | 3.76 | 0.00 | 3.76 |
|    PREMIER BANKCARD LLC; JEFFERSON C<br>      Acct: 7420 | 511.06 | 1.66 | 0.00 | 1.66 |
|    LENDING CLUB CORP++<br>      Acct: 6831 | 0.00 | 0.00 | 0.00 | 0.00 |
|    LENDING CLUB CORP++<br>      Acct: 4524 | 0.00 | 0.00 | 0.00 | 0.00 |
|    PORTFOLIO RECOVERY ASSOCIATES, LL<br>      Acct: 7023 | 1,013.46 | 3.29 | 0.00 | 3.29 |
|    PORTFOLIO RECOVERY ASSOCIATES, LL<br>      Acct: 7676 | 9,746.23 | 31.71 | 0.00 | 31.71 |
|    PNC BANK NA<br>      Acct: 7284 | 0.00 | 0.00 | 0.00 | 0.00 |
|    SPRINGLEAF FINANCIAL SVCS OF PA INC<br>      Acct: 6767 | 0.00 | 0.00 | 0.00 | 0.00 |
|    TEAMSTERS LOCAL #30 FCU*++<br>      Acct: 3002 | 0.00 | 0.00 | 0.00 | 0.00 |
|    MIDLAND FUNDING LLC<br>      Acct: 7082 | 3,981.55 | 12.93 | 0.00 | 12.93 |
|    PRA RECEIVABLES MANAGEMENT LLC - /<br>      Acct: 0101 | 5,132.58 | 16.70 | 0.00 | 16.70 |
|    INTERNAL REVENUE SERVICE*<br>      Acct: 5491 | 640.78 | 2.08 | 0.00 | 2.08 |
|    SYNCHRONY BANK++<br>      Acct: 7023 | 0.00 | 0.00 | 0.00 | 0.00 |
|    JOSHUA I GOLDMAN ESQ<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    JOSHUA I GOLDMAN ESQ<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    KML LAW GROUP PC*<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    ADVANCED CALL CENTER TECHNOLOGII<br>      Acct: 7082 | 0.00 | 0.00 | 0.00 | 0.00 |
|    ASSOCIATED RECOVERY SYSTEMS<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    CREDIT COLLECTION SERVICE<br>      Acct: 6281 | 0.00 | 0.00 | 0.00 | 0.00 |
|    RUSHMORE SERVICE CENTER<br>      Acct: 8481 | 0.00 | 0.00 | 0.00 | 0.00 |
|    VITAL RECOVERIES SVC<br>      Acct: 3364 | 0.00 | 0.00 | 0.00 | 0.00 |
|    VITAL RECOVERIES SVC<br>      Acct: 4220 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 91.83 |

TOTAL PAID TO CREDITORS                                                                                  75,220.21

```
TOTAL CLAIMED
    PRIORITY           5,209.15
    SECURED           10,813.92
    UNSECURED         28,251.04
```

Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HAROLD K. SHAFFER

          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:16-23398

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-23398-CMB
Harold K. Shaffer     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3
Date Rcvd: Dec 27, 2021     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold K. Shaffer, 713 Clay Road, South Connellsville, PA 15425-5416 |
| 14288079 | | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 14288085 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14288086 | + | KML Law Group, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1541 |
| 14288092 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14288094 | + | Teamsters Local #30 Federal Credit Union, 1217 Lewis Avenue, Jeannette, PA 15644-3108 |
| 14288095 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14302032 | | Email/Text: legal@arsnational.com | Dec 28 2021 02:40:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14288080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:45 | Best Buy Visa, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14288081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14294484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14288082 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:55 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14288083 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 28 2021 02:41:00 | Credit Collection Services, P. O. Box 773, Needham, MA 02494-0918 |
| 14288084 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 28 2021 02:39:43 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14288085 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 28 2021 02:39:44 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14302033 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 02:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14329271 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 02:39:36 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288087 | + | Email/Text: bk@lendingclub.com | Dec 28 2021 02:41:00 | Lending Club Corporation, 71 Stevenson Street--Suite 300, San Francisco, CA 94105-2934 |

Case 16-23398-CMB   Doc 90   Filed 12/29/21   Entered 12/30/21 00:26:29   Desc Imaged
                        Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14288088 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:48 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14302739 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2021 02:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14312580 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:28 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14288089 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:28 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 14288090 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14401052 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14347474 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14355156 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 28 2021 02:41:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14311093 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 28 2021 02:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14288091 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 28 2021 02:41:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14288661 | | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2021 02:39:35 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288093 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:28 | Springleaf Financial Services, Bankruptcy Department, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14420665 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2021 02:41:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14288096 | | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:40 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 14348760 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 16-23398-CMB    Doc 90    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 8 of 8

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                             Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Harold K. Shaffer sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Joshua I. Goldman | on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7