**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   HAROLD K. SHAFFER

         Debtor(s)

   Ronda J. Winnecour
         Movant
         vs.
   No Repondents.

Case No.: 16-23398

Chapter 13

Related to: Document No. 87

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __11th__ day of __February__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
2/11/22 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23398-CMB |
| Harold K. Shaffer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold K. Shaffer, 713 Clay Road, South Connellsville, PA 15425-5416 |
| 14288079 | | Advanced Call Center Technologies, P.O. Box 9091, Gray, TN 37615-9091 |
| 14288086 | + | KML Law Group, 701 Market Street--Suite 5000, Philadelphia, PA 19106-1541 |
| 14288092 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 14288094 | + | Teamsters Local #30 Federal Credit Union, 1217 Lewis Avenue, Jeannette, PA 15644-3108 |
| 14288095 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:35 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 11 2022 23:18:43 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14302032 | | Email/Text: legal@arsnational.com | Feb 11 2022 23:09:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14288080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:44 | Best Buy Visa, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14288081 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14294484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2022 23:18:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14288082 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2022 23:18:53 | Citi Diamond Preferred Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14288083 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2022 23:09:00 | Credit Collection Services, P. O. Box 773, Needham, MA 02494-0918 |
| 14288084 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2022 23:18:42 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14288085 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 11 2022 23:18:43 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14302033 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2022 23:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14329271 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2022 23:18:53 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288087 | + | Email/Text: bk@lendingclub.com | Feb 11 2022 23:09:00 | Lending Club Corporation, 71 Stevenson Street--Suite 300, San Francisco, CA 94105-2934 |
| 14288088 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 11 2022 23:18:42 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14302739 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2022 23:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14312580 | | Email/PDF: cbp@onemainfinancial.com | Feb 11 2022 23:18:40 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14288089 | | Email/PDF: cbp@onemainfinancial.com | Feb 11 2022 23:18:33 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 14288090 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2022 23:09:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14401052 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14347474 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14355156 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2022 23:09:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14311093 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 11 2022 23:09:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14288091 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 11 2022 23:09:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14288661 | | Email/PDF: rmscedi@recoverycorp.com | Feb 11 2022 23:18:43 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288093 | | Email/PDF: cbp@onemainfinancial.com | Feb 11 2022 23:18:40 | Springleaf Financial Services, Bankruptcy Department, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14420665 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2022 23:09:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14288096 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2022 23:18:41 | Walmart MasterCard/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 14348760 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 33 |

Date: Feb 13, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Daniel R. White
on behalf of Debtor Harold K. Shaffer sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Joshua I. Goldman
on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Maria Miksich
on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7